| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Advanzeon Solutions, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Neuro-Psychiatric & Health Services, Inc.**<br>**FKA  Comprehensive Care Corporation** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **95-2594724** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **2901 W. Busch Blvd., #701**<br>**Tampa, FL 33618**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | _____ |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Advanzeon Solutions, Inc.**                                    Case number (*if known*) _____
          Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                    Relationship _____
District _____  When _____  Case number, if known _____

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor **Advanzeon Solutions, Inc.**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Advanzeon Solutions, Inc.**                          Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/07/2020
              MM / DD / YYYY

X _____          **Clark A. Marcus**
  Signature of authorized representative of debtor   Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X   /s/ Daniel R. Fogarty                       Date   9/7/2020
    Signature of attorney for debtor                   MM / DD / YYYY

**Daniel R. Fogarty**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St., Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **813-229-0144**        Email address   **dfogarty@srbp.com**

**0017532 - Florida FL**
Bar number and State

Administrative Service Company, Inc.
2901 W. Busch Blvd, #701
Tampa, FL 33618

Avil Family Holdings, LLC
557 W. Saddle River Rd.
Upper Saddle River, NJ 07458

Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067-2901

Matt Capps
690 Ebenezer Rd.
Roswell, GA 30075

Carney Law Firm, P.A.
400 N. Ashley Dr., #2600
Tampa, FL 33602

Continental Stock Transfer & Trust Co.
One State Street Plaza, 30th Floor
New York, NY 10004

Darrell W. Cook Associates
6688 North Central Expwy, #1000
Dallas, TX 75206

Elizabeth Dean
300 E. 40th St., Apt. 30B
New York, NY 10016

Paul Dorn
615 South 11th St.
Sabetha, KS 66536

Electro Filings LLC
2709 1st Place
Baldwin, NY 11510

Robert Folle
496 Devinney Ct.
Golden, CO 80401

Geneva Roth Remark Holdings, Inc.
111 Great Neck Rd., #214
Great Neck, NY 11021

James Hammond
121 Treehaven St

Gaithesburg, MD 20878

Mark Heidt
2901 W. Busch Blvd., #701
Tampa, FL 33618

James A. and Rosemary L. Meyer Trust
111 Trail Rider Way
Georgetown, TX 78633

Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019-6799

Jerry Katzman
c/o Melanie E. Damian, Esq.
Damian & Valori LLP
1000 Brickell Ave., #1020
Miami, FL 33131

Nancy Kirby
46 Ridge Rd
Roseland, NJ 07068

James L Koenig
2901 W. Busch Blvd., #701
Tampa, FL 33618

Koss Law Firm
1453 W. Busch Blvd
Tampa, FL 33612

Law Office of Roger L Young, P.A.
2831 Ringling Blvd, #107B
Sarasota, FL 34237-5350

Louis Plung & Company, LLP
420 Ft. Duquesne Blvd, Ste 1900
Pittsburgh, PA 15222

M. Burr Keim Company
2021 Arch St.
Philadelphia, PA 19103-1491

Marcus and Marcus
439 Arguello Blvd., #6
San Francisco, CA 94118

Clark A. Marcus
2901 W. Busch Blvd., #701

Tampa, FL 33618

Michael John Shuster Trust FBO
1545 Scioto Ct.
Banning, CA 92220

Nairn Family Trust
1545 Scioto Ct.
Banning, CA 92220

Patrick Miller LLC
400 Poydras St., #1680
New Orleans, LA 70130-3245

Pharmacy Value Management Solutions, Inc
2901 W. Busch Blvd, #701
Tampa, FL 33618

Wu Ping
155 Asbury St.
Rochester, NY 14620

Walter Schwarting
2732 High Range Dr.
Las Vegas, NV 89134

Sherfam, Inc.
150 Signet Dr.
Toronto XX M9L 1-T9
CANADA

Gerard T.Smith
2901 W. Busch Blvd., #701
Tampa, FL 33618

Frank and Theresa Stavola
5A Easton Ct.
Whiting, NJ 08759

Sterling & Sterling, Inc.
135 Crossways Park Dr., # 300
Woodbury, NY 11797

Stevens & Stevens BRM, Inc.
P.O. Box 388
Pinellas Park, FL 33780-0388

Thomas and Hannah Page Family Trust
496 Elm Hollow Court
Henderson, NV 89012

```
John Thomas
18 Beth Dr.
Moorestown, NJ 08057

Alan and Linda Vogt
12129 Trentmore Pl
Sunset Hills, MO 63127

Whittington Law Group
239 E. Davis Blvd.
Tampa, FL 33606
```