Fill in this information to identify the case:

Debtor name: **Advanzeon Solutions, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Jerry Katzman**<br>c/o Melanie E. Damian, Esq.<br>Damian & Valori LLP<br>1000 Brickell Ave., #1020<br>Miami, FL 33131 | | | | | | $800,000.00 |
| **Administrative Service Company, Inc.**<br>2901 W. Busch Blvd, #701<br>Tampa, FL 33618 | | | | | | $332,492.00 |
| **Kasowitz Benson Torres LLP**<br>1633 Broadway<br>New York, NY 10019-6799 | | | Disputed | | | $307,033.99 |
| **Geneva Roth Remark Holdings, Inc.**<br>111 Great Neck Rd., #214<br>Great Neck, NY 11021 | | | | | | $200,000.00 |
| **James Hammond**<br>121 Treehaven St<br>Gaithesburg, MD 20878 | | | | | | $100,000.00 |
| **Paul Dorn**<br>615 South 11th St.<br>Sabetha, KS 66536 | | | | | | $100,000.00 |
| **Avil Family Holdings, LLC**<br>557 W. Saddle River Rd.<br>Upper Saddle River, NJ 07458 | | | | | | $100,000.00 |
| **Alan and Linda Vogt**<br>12129 Trentmore Pl<br>Sunset Hills, MO 63127 | | | | | | $73,663.00 |
| **James A. and Rosemary L. Meyer Trust**<br>111 Trail Rider Way<br>Georgetown, TX 78633 | | | | | | $72,625.00 |
| **Patrick Miller LLC**<br>400 Poydras St., #1680<br>New Orleans, LA 70130-3245 | | | | | | $52,617.31 |

Debtor **Advanzeon Solutions, Inc.**_____ Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sterling & Sterling, Inc.** <br> 135 Crossways Park Dr., # 300 <br> Woodbury, NY 11797 | | | | | | $50,000.00 |
| **Thomas and Hannah Page Family Trust** <br> 496 Elm Hollow Court <br> Henderson, NV 89012 | | | | | | $50,000.00 |
| **Blank Rome LLP** <br> 2029 Century Park East, 6th Floor <br> Los Angeles, CA 90067-2901 | | | Disputed | | | $41,841.81 |
| **Louis Plung & Company, LLP** <br> 420 Ft. Duquesne Blvd, Ste 1900 <br> Pittsburgh, PA 15222 | | | | | | $25,000.00 |
| **Koss Law Firm** <br> 1453 W. Busch Blvd <br> Tampa, FL 33612 | | | Disputed | | | $21,412.00 |
| **Nairn Family Trust** <br> 1545 Scioto Ct. <br> Banning, CA 92220 | | | | | | $15,563.00 |
| **Frank and Theresa Stavola** <br> 5A Easton Ct. <br> Whiting, NJ 08759 | | | | | | $15,563.00 |
| **Whittington Law Group** <br> 239 E. Davis Blvd. <br> Tampa, FL 33606 | | | | | | $14,650.00 |
| **Robert Folle** <br> 496 Devinney Ct. <br> Golden, CO 80401 | | | | | | $14,525.00 |
| **Walter Schwarting** <br> 2732 High Range Dr. <br> Las Vegas, NV 89134 | | | | | | $10,375.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Advanzeon Solutions, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2020    X  _____
                                Signature of individual signing on behalf of debtor

**Clark A. Marcus**
Printed name

**Chief Executive Officer**
Position or relationship to debtor